IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE WILLOUGHBY,                                    No. CV 07-06295 CRB ,

    Petitioner,

  v.                                                                    **JUDGMENT IN A CIVIL CASE**

NORM KRAMER,

    Respondent.

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment be enter in favor of respondent.

Dated: December 19, 2007                                    Richard W. Wieking, Clerk

                                                                                       By:
                                                                                       Deputy Clerk